HAMDEN MART, INC. *v.* PLANNING SECTION OF THE TOWN PLANNING AND ZONING COMMISSION OF THE TOWN OF HAMDEN (Nos. 84627, 84787)

IRENE SCHWARTZ ET AL. *v.* PLANNING SECTION OF THE TOWN PLANNING AND ZONING COMMISSION OF THE TOWN OF HAMDEN (No. 84584)

MELINDA DANIELS ET AL. *v.* PLANNING SECTION OF THE TOWN PLANNING AND ZONING COMMISSION OF THE TOWN OF HAMDEN (No. 84849)

HAMDEN MART, INC. *v.* THE TOWN PLANNING AND ZONING COMMISSION OF THE TOWN OF HAMDEN ET AL. (No. 84425)

IRENE SCHWARTZ ET AL. *v.* THE TOWN PLANNING AND ZONING COMMISSION OF THE TOWN OF HAMDEN ET AL. (No. 84422)

MELINDA DANIELS ET AL. *v.* THE TOWN PLANNING AND ZONING COMMISSION OF THE TOWN OF HAMDEN ET AL. (Nos. 84637, 84437, 84337)

WALTER A. RUNCK ET AL. *v.* THE TOWN PLANNING AND ZONING COMMISSION OF THE TOWN OF HAMDEN ET AL. (No. 84736)

The defendants' motion to dismiss the plaintiffs' notice of petition for certification for appeal from the Court of Common Pleas in New Haven County is dismissed for the reason that, no petition for certification having been filed or granted, the matter is not pending in this court.

The motion by the defendants to dismiss the petition for certification for appeal from the Court of Common Pleas in New Haven County is denied.

*Dennis N. Garvey,* for the defendant trustee Garvey.

*George Greenstein,* for the defendant Hamden Town Planning and Zoning Commission.

*David Kotkin* and *Richard A. Dice,* for the plaintiffs.

Argued October 4—decided October 4, 1972